# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America,</u>
     Plaintiff

       v.

                              Case Number: 09-cr-117-
                                  06-08/11-13-SM

<u>Nicholas Champagne,David Coulombe,</u>
<u>Arash Rahbar, James W. Molfetta,</u>
<u>Michael Gardner, and Derek M. Dutcher,</u>
     Defendants

## O R D E R

     Defendant Rahbar's motion to continue the final pretrial conference and trial is granted  (document no. 147).    Trial has been rescheduled for the month of August  2010.    Defendant Rahbar  shall file a waiver of speedy trial rights not later than May 21, 2010.    On the filing of such waiver, his continuance shall be effective.

     The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.


Final Pretrial Conference  is rescheduled for August  6, 2010  at

4:30  p.m. in  Room 421.

Jury selection will take place on  August 17, 2010  at 9:30 a.m.


SO ORDERED.


Steven J. McAuliffe
Chief Judge


May  17, 2010

cc:    All Counsel of Record
       U.S. Marshal
       U.S. Probation