UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                 Case No.  09-cr-117-08-SM

<u>Arash Rahbar</u>

<u>O R D E R</u>

Defendant Rahbar's motion to waive speedy trial and to schedule plea on September 28, 2010, has been construed as a motion to continue the final pretrial conference and trial, which motion is granted (document 256). Trial has been rescheduled for the October 2010 period. Defendant Rahbar shall file a waiver of speedy trial rights not later than September 28, 2010. Upon filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Change of Plea Hearing:   September 28, 2010 at 10:30 a.m.**
    **Final Pretrial Conference (if necessary):  October 8, 2010 at 11:00 a.m.**
    **Jury Selection (if necessary):   October 19, 2010 at 9:30 a.m.**

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

September 24, 2010

cc: Marc Agnifilo, Esq.
Roger Phillips, Esq.
Debra Walsh, AUSA
US Probation
US Marshal